# Order

Michigan Supreme Court
Lansing, Michigan

December 14, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157585

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

PAUL ROBERT MANIZAK,
        Defendant-Appellant.

SC: 157585
COA: 342154
Oakland CC: 2017-261877-FH

_____/

On order of the Court, the application for leave to appeal the March 13, 2018 order of the Court of Appeals is considered. We DIRECT appellate counsel, Tracie Gittleman, to file a supplemental brief addressing why she did not pursue an appeal on the defendant's behalf. Counsel shall file the supplemental brief within 28 days of the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2018



Clerk

d1211